NO. 25-1025

United States Court of Appeals
or the
Fourth Circuit

UNDER SEAL 2,

           Appellant,

v.

UNDER SEAL 1,

           Appellee.

# MOTION TO SEAL

Under Seal 2, pursuant to Fed. R. App. P. 25(a)(5) and Local Rule 25 (c) hereby move this court for an order sealing Informal Brief at the United States Court of Appeals, Fourth Circuit.

Under Seal 1 sealed proceedings in the state court under Md. Code Ann., Health Occ. § 14-411(b), which mandates confidentiality in such matters. Accordingly, Appellant in order to foster adjudication, hereby comply with this statutory requirement.

Hence, Under Seal 2 requests the Court grant Motion to Seal and direct that Informal Brief and related documents remain under seal.

Respectfully presented,

**Dated:** February 6th, 2025

_____

Under Seal 2